FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD MARTINO

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------X

NOT FOR PUBLICATION
**ORDER**
07-cv-4159 (CBA)

**AMON, Chief United States District Judge.**

On June 17, 2011, the Court denied Richard Martino's 28 U.S.C. § 2255 petition on all grounds except for Martino's claim that he should be resentenced because the government breached an unwritten agreement not to use certain facts at sentencing. Martino withdrew this remaining claim on October 11, 2011. Accordingly, Martino's petition is denied in full. Because Martino has failed to make a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue. 28 U.S.C. § 2253(c)(2).

The Clerk of Court is directed to enter judgment and to close this case.

SO ORDERED.

Dated: Brooklyn, N.Y.
      October 12, 2011

                                          s/CBA
                              Carol Bagley Amon
                              Chief United States District Judge