FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ OCT 14 2011

BROOKLYN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD MARTINO,                                    JUDGMENT
                                                    07-CV- 4159 (CBA)
                    Petitioner,

    -against-

UNITED STATES OF AMERICA,

                    Respondent.
-----------------------------------------------------------X

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on October 13, 2011, denying petitioner's petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that petitioner's petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       October 13, 2011

s/DCP

DOUGLAS C. PALMER
Clerk of Court