**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ OCT 14 2011

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RICHARD MARTINO,

                    Petitioner,

-against-

UNITED STATES OF AMERICA,

                    Respondent.

------------------------------------------------------------------X

JUDGMENT
07-CV- 4159 (CBA)

An Order of Honorable Carol Bagley Amon, United States District Judge, having

been filed on October 13, 2011, denying petitioner's petition for a writ of habeas corpus; and

ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner's petition for a writ of habeas corpus

is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
      October 13, 2011

s/DCP

DOUGLAS C. PALMER
Clerk of Court